In the Matter of the Claim of the STATE INDUSTRIAL COMMISSIONER, on Account of the Death of ERCOLE MALENA, Respondent, against HERMAN LEFF et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1934; decided October 16, 1934.)

*John J. Connors Jr.*, for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.